**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MATTHEW EASTLAND**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **MATTHEW EASTLAND,** | No.   2:17-CV-01261-CMK |
| **Plaintiff,** | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **NANCY BERRYHILL, Deputy Commissioner for Operations performing The duties and functions not reserved To the Commissioner of Social Security,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to April 23, 2018.

This is a first extension requested because plaintiff's counsel will be on vacation for a week.

[Pleading Title] - 1

Dated:   April 6, 2018                    /s/    *Jesse S. Kaplan*
                                          JESSE S. KAPLAN
                                          Attorney for Plaintiff


                                          McGREGOR SCOTT
                                          United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Counsel, Region IX
                                          Social Security Administration

Dated:  April 6, 2018                       */s/ per e-mail authorization*

                                          SHARON LAHEY
                                          Special Assistant U.S. Attorney
                                          Attorney for Defendant


## **ORDER**

    For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to April 23, 2018.

    SO ORDERED.


Dated:  April 9, 2018

                                          _____
                                          CRAIG M. KELLISON
                                          UNITED STATES MAGISTRATE JUDGE