IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EASTLAND, | No. 2:17-CV-1261-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security. On January 17, 2018, the court directed plaintiff to show cause why this action should not be dismissed for failure to notify the court regarding consent to Magistrate Judge jurisdiction. A review of the docket reflects that plaintiff has requested assignment of a District Judge to this case. Accordingly, the order to show cause is hereby discharged.

IT IS SO ORDERED.

DATED: July 19, 2018

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1